# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 17, 2011

No. 11-30582
Summary Calendar

Lyle W. Cayce
Clerk

MARY NIXON BROWN,

Plaintiff - Appellant

v.

BURL CAIN, in his official capacity as Warden of Louisiana State Penitentiary; STATE OF LOUISIANA, through the Department of Public Safety and Corrections,

Defendants - Appellees

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:10-CV-76

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the following reason:

The evidence establishes that Ms. Brown was terminated legally while employed only in probational status. She contends that she had a reasonable expectation that she would obtain permanent status, but that expectation was only her unilateral expectation of the future while she had no legitimate belief

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-30582

or claim to actual permanent status. There was no deprivation of a right to due process. See *Board of Regents of State Colleges v. Roth*, 92 S. Ct. 2701, 2709 (1972).

AFFIRMED.